IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
CHARLES "CASEY" SEABOLT,      )
                              )
            Plaintiff,        )        8:13CV239
                              )
      v.                      )
                              )
UNION PACIFIC RAILROAD        )        ORDER
COMPANY,                      )
                              )
            Defendant.        )
_____)
```

This matter is before the Court on the joint stipulation of dismissal with prejudice (Filing No. 55). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the stipulation is approved and adopted; this action is dismissed with prejudice, each party to pay their own costs and attorney fees.

DATED this 7th day of October, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court